IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUSTIN HOLLOWELL,

    Plaintiff,

v.     No. 1:22-cv-00491 MIS/LF

UNITED STATES OF AMERICA,

    Defendant.

## FINAL JUDGMENT

The parties have filed a joint stipulation of dismissal with prejudice for all claims in this cause. ECF No. 35. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal by all parties who have appeared." The stipulation is signed by the parties' attorneys.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the case is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorney's fees.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE